

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
| | § | |
| LUIMAR APONTE RODRIGUEZ, A/K/A LUIMAR APONTERODRIGUEZ | § | No. 08-13-00240-CR |
| | § | Appeal from the |
| Appellant, | § | |
| | § | 372nd Judicial District Court |
| v. | § | |
| THE STATE OF TEXAS, | § | of Tarrant County, Texas |
| | § | (TC# 1303976D) |
| Appellee. | § | |
| | § | |

## J U D G M E N T

The Court has considered this cause on the record and concludes there was no error in the judgment. We therefore affirm the judgment of the court below. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 4TH DAY OF FEBRUARY, 2015.

YVONNE T. RODRIGUEZ, Justice

Before McClure, C.J., Rodriguez, and Hughes, JJ.